UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>　　　　　　　　　　Defendants. | Case No.  1:19-cv-00501-PAE<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL |

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Rule 1.4, that the law firm of Pomerantz LLP is hereby substituted in place of and instead of the law firm Labaton Sucharow LLP, and its attorneys Christopher J. Keller, Eric J. Belfi, Francis P. McConville, and Hui M. Chang, as counsel of record for plaintiff ODS Capital LLC in the above-captioned case.  A Declaration in support of this Stipulation and Order for Substitution of Counsel is attached hereto pursuant to Local Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the undersigned incoming counsel.

DATED:  March 16, 2019

| | |
|---|---|
| **LABATON SUCHAROW LLP**<br> */s/ Christopher J. Keller*　　　<br>Christopher J. Keller<br>Eric J. Belfi<br>Francis P. McConville<br>Hui M. Chang | **POMERANTZ LLP**<br>*/s/ Jeremy A. Lieberman*　　　<br>Jeremy A. Lieberman<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100 |

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-047
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
hchang@labaton.com

*Outgoing Counsel for ODS Capital LLC*

Facsimile: (212) 661-8665
jalieberman@pomlaw.com

*Incoming Counsel for ODS Capital LLC*

**SO ORDERED**

Dated: New York, New York
_____, 2019

_____
The Honorable Paul A. Engelmayer
United States District Court Judge