UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                Defendants. | Case No. 1:19-cv-00501-PAE<br><br>CLASS ACTION<br><br>CONSENT TO SUBSTITUTION OF COUNSEL |

## CONSENT TO SUBSTITUTION OF COUNSEL

It is hereby consented to that the law firm of Pomerantz LLP be substituted as attorneys of record for Plaintiff ODS Capital LLC, in the above-captioned action in place of and instead of the law firm Labaton Sucharow, LLP, and its attorneys Christopher J. Keller, Eric J. Belfi, Francis P. McConville, and Hui M. Chang.

DATED: __3/15__, 2019

ODS Capital LLC
By: _____
Managing Member