UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ODS CAPITAL LLC, *individually and on behalf of all others similarly situated*,

                        Plaintiff,

-v-

QIHOO 360 TECHNOLOGY CO. LTD., et al.,

                        Defendants.

19 Civ. 501 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        The Court has received a motion from Altimeo Asset Management ("Altimeo") and plaintiff ODS Capital LLC ("ODS," and together with Altimeo, "Lead Plaintiff Movants"), seeking to transfer this recently filed putative securities class action to the United States District Court for the Central District of California, where a related action is pending (the "California action"). Dkt. 14. Although ODS originally filed the instant action in this District, it has since decided to proceed together with Altimeo in the Central District of California. Lead Plaintiff Movants represent that they have recently served, or have initiated service, on all defendants. Dkt. 13. However, at this time, no counsel has appeared on behalf of any defendants.

        Lead Plaintiff Movants assert that this action and the California action arise out of the same alleged facts. They allege a scheme by defendants Qihoo 360 Technology Co. Ltd. ("Qihoo") and certain of its officers and directors, to depress the value of Qihoo's stock to avoid paying a fair price to Qihoo's shareholders during a transaction to take the Company private. Dkt. 14 at 1. Lead Plaintiff Movants argue that the instant action has a stronger connection to the Central District of California than this District, and that this case should be transferred to the Central District of California so that it may be consolidated with the ongoing California action.

Lead Plaintiff Movants further represent that they are the only parties that have sought to be appointed Lead Plaintiff either in this action or the California action.

The Court's view is that, because plaintiff ODS seeks to proceed in the Central District of California and because defendants have not yet appeared in this action, the most efficient course is to dismiss this action without prejudice to ODS bringing a subsequent action in the Central District of California and seeking to consolidate such a lawsuit with the California action. As noted, defendants have not yet appeared in this action. As a result, they have been unable to express a view as to Lead Plaintiff Movants' motion to transfer, and the Court has not received the benefit of adversarial briefing on whether transfer is merited under the governing standards. Dismissal without prejudice will enable Lead Plaintiff Movants to obtain the relief they seek while preserving defendants' ability to argue, in a future action, that transfer to this District, or another District, is appropriate.

Accordingly, the Court orders that this case be dismissed without prejudice to Lead Plaintiff Movants' ability to file a subsequent action, including in the Central District of California. The Court therefore denies the motion to transfer. Dkt. 14. The Court further denies, as moot, the motion to appoint Altimeo and ODS to serve as lead plaintiffs. Dkt. 7. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 18, 2019
New York, New York