## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODS CAPITAL LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>v.<br><br>QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN,<br><br>                          Defendants. | Case No. 1:19-cv-00501-PAE<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/19
```

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *ODS Capital LLC v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 1:19-cv-00501-PAE (S.D.N.Y.), brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

WHEREAS, another action alleging substantively similar claims to those in this Action is pending in the U.S. District Court for the Central District of California, captioned *Altimeo Asset Management v. Qihoo 360 Technology Co. Ltd., et al.*, Case No. 2:19-cv-01619 (C.D. Cal.) (the "California Action"), and the claims here will therefore be prosecuted in the California Action;

WHEREAS, all putative class members with motions for appointment as Lead Plaintiff pending in this Action have also filed similar motions in the California Action;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Movants Altimeo Asset Management and ODS Capital LLC hereby voluntarily dismiss this Action, without prejudice, as to all defendants.

Dated: May 20, 2019                              Respectfully submitted,

                                                 POMERANTZ LLP

                                                 */s/ Michael Grunfeld*
                                                 Jeremy A. Lieberman
                                                 Michael Grunfeld
                                                 600 Third Avenue, 20th Floor
                                                 New York, NY 10016
                                                 Telephone: (212) 661-1100
                                                 Facsimile: (212) 661-8665
                                                 Email: jalieberman@pomlaw.com
                                                 Email: mgrunfeld@pomlaw.com

                                                 POMERANTZ LLP
                                                 Patrick V. Dahlstrom
                                                 Ten South LaSalle Street, Suite 3505
                                                 Chicago, Illinois 60603
                                                 Telephone: (312) 377-1181
                                                 Facsimile: (312) 377-1184
                                                 Email: pdahlstrom@pomlaw.com

                                                 *Counsel for Plaintiff and Lead Plaintiff Movants
                                                 and Proposed Lead Counsel for the Class*

5/23/19

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge