UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTIMEO ASSET MANAGEMENT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> QIHOO 360 TECHNOLOGY CO. LTD., HONGYI ZHOU, XIANGDONG QI and ERIC X. CHEN, <br><br> Defendants. | Case No.: 1:19-cv-00501-PAE |

The Court having considered the motion seeking leave, pursuant to Local Rule 1.4, for Nathan McClellan to withdraw as counsel for Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen in the above-referenced action;

And it appearing to the Court that the relief requested is appropriate,

IT IS HEREBY ORDERED that Nathan McClellan is granted leave to withdraw from his representation of Defendants Qihoo 360 Technology Co. Ltd. and Eric X. Chen in this action and that such withdrawal is effective immediately.

Dated: November 14, 2019

_____
Honorable Paul A. Engelmayer
United States District Judge